■ WHITESTONE-TRIANGLE, L.P., Appellant-Respondent, v TRI-ANGLE PLAZA II MANAGER, INC., Respondents-Appellants. (And Another Action.) [827 NYS2d 867]—Cross appeals from order and judgment, Supreme Court, New York County (Bernard J. Fried, J.), entered October 31, 2005, unanimously withdrawn in accordance with the terms of the stipulations of the parties hereto. No opinion. Order filed. Concur—Mazzarelli, J.P., Andrias, Friedman, Sweeny and Kavanagh, JJ.